# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES TALBERT | : CIVIL ACTION |
| v. | : NO. 18-5112 |
| CORRECTIONAL DENTAL ASSOCIATES, *et al.* | : |

## ORDER

**AND NOW**, this 27th day of June 2019, upon considering the Motion to dismiss from Defendants Corizon Health, Inc., Siddharth Sagreiya, MD and Sigy George, NP (ECF Doc. No. 35), no timely opposition almost five weeks later, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants Corizon Health, Inc., Siddharth Sagreiya, MD and Sigy George, NP's Motion (ECF Doc. No. 35) is **GRANTED**; and,

2. We dismiss Plaintiff's claims against Corizon Health, Inc., Siddharth Sagreiya, MD and Sigy George, NP **with prejudice** as Plaintiff failed to cure the deficiencies in his amended Complaint.

KEARNEY, J.