IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-5112 |
| | : | |
| CORRECTIONAL DENTAL | : | |
| ASSOCIATES, *et al.* | : | |

## ORDER

**AND NOW**, this 16th day of September 2019, upon considering Defendants Dr. Kalu's, Physician Assistant Shellenberger's and Nurse Horne's Motion to dismiss (ECF Doc. No. 59), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendants' Motion to dismiss (ECF Doc. No. 59) is **DENIED without prejudice** to allow the *pro se* Plaintiff to amend on or before **October 16, 2019** one more time to plead deliberative indifference by the medical professionals should he wish to pursue claims against them.[1]

KEARNEY, J.

---

[1] The *pro se* Plaintiff has yet to effectively serve other medical professionals including Dr. Schneider, Dr. Patel, Dr. Young and Correctional Dental Associates. We now provide the *pro se* Plaintiff an opportunity to replead these specific deliberative indifference claims against these unserved medical providers if possible consistent with the accompanying Memorandum.