# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHARLES TALBERT | : CIVIL ACTION |
|---|---|
| v. | : NO. 18-5112 |
| CORRECTIONAL DENTAL ASSOCIATES, *et al.* | : |

## ORDER

**AND NOW**, this 31st day of October 2019, upon considering Plaintiff's Motion for appointment of counsel (ECF Doc. No. 88), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion for appointment of counsel (ECF Doc. No. 88) is **DENIED** without prejudice.

KEARNEY, J.