# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES TALBERT | : CIVIL ACTION |
| v. | : NO. 18-5112 |
| CORRECTIONAL DENTAL ASSOCIATES, *et al.* | : |

## ORDER

**AND NOW**, this 8th day of November 2019, upon considering Defendants Dr. Reynolds', Dr. Taylor's, and Dr. Fowler's Notices of intent to enter judgment of *non pros* (ECF Doc. Nos. 87, 97), *pro se* Plaintiff's Response (ECF Doc. No. 95), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Notices (ECF Doc. Nos. 87, 97) are **STRICKEN** as the *pro se* Plaintiff judicially admits he is not seeking a remedy under Pennsylvania state law for professional negligence and limits his claims solely to deliberative indifference under the Constitution.

_____
KEARNEY, J.