## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 18-5112** |
| | : | |
| **CORRECTIONAL DENTAL** | : | |
| **ASSOCIATES,** *et al.* | : | |

## ORDER

**AND NOW**, this 29th day of November 2019, upon considering the *pro se* Plaintiff's Motion for a mandatory preliminary injunction (ECF Doc. No. 100) compelling Dr. Reynolds to prescribe Xanax in the prison as opposed to another anti-depressant, Dr. Reynolds's Opposition (ECF Doc. No. 111), finding the *pro se* Plaintiff has not demonstrated an indisputably clear right to relief or imminent irreparable harm, and for reasons in an accompanying Memorandum, it is **ORDERED** Plaintiff's Motion for a mandatory injunction (ECF Doc. No. 100) is **DENIED**.

_____
KEARNEY, J.