**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHARLES TALBERT** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 18-5112** |
| | : |
| **CORRECTIONAL DENTAL** | : |
| **ASSOCIATES,** *et al.* | : |

## ORDER

**AND NOW**, this 21st day of February 2020, upon considering the Defendants' Motions to dismiss (ECF Doc. Nos. 137 & 166), *pro se* Plaintiff's Response (ECF Doc. No. 167), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. The mental health professionals' Motion (ECF Doc. No. 137) is **GRANTED** and Plaintiff's claims, after four attempts, are **DISMISSED with prejudice**; and we **dismiss** Defendants Taylor, Fowler, Reynolds, and Lisco with prejudice; and,

2. The dental professionals' Motion (ECF Doc. No. 166) is **GRANTED in part** and **DENIED in part**:

   a. Plaintiff's contract claims are **dismissed with prejudice**;

   b. Plaintiff's deliberate indifference claims shall proceed into discovery, requiring Doctors Schneider and Patel file an Answer to the deliberate indifference claims, the First Amendment Retaliation, and Fourteenth Amendment Due Process and Equal Protection claims against them no later than **March 6, 2020.**

_____
KEARNEY, J.