# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES TALBERT** : | **CIVIL ACTION** |
| : | |
| v. : | **NO. 18-5112** |
| : | |
| **CORRECTIONAL DENTAL** : | |
| **ASSOCIATES,** *et al.* : | |

## ORDER

**AND NOW**, this 14th day of September 2020, upon considering Plaintiff's Motion for recusal (ECF Doc. No. 257), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion to recuse (ECF Doc. No. 257) is **DENIED**.

_____
**KEARNEY, J.**