**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHARLES TALBERT** | : CIVIL ACTION |
| | : |
| v. | : NO. 18-5112 |
| | : |
| **CORRECTIONAL DENTAL** | : |
| **ASSOCIATES,** *et al.* | : |

# ORDER

**AND NOW**, this 29th day of October 2020, upon considering the *pro se* Plaintiff's Petition for an inference of *res ipsa loquitur* at trial to avoid his need to adduce expert testimony as to a deviation from a dental professional's standard of care (ECF Doc. No. 314), finding no good cause to apply this doctrine to the remaining Eighth Amendment deliberate indifference claim, and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Petition for an inference of *res ipsa loquitur* (ECF Doc. No. 314) is **DENIED**.

_____
**KEARNEY, J.**