# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 18-5112** |
| | : | |
| **CORRECTIONAL DENTAL** | : | |
| **ASSOCIATES**, *et al.* | : | |

## ORDER

**AND NOW**, this 5th day of November 2020, upon considering the Plaintiff's "Final Motion for summary judgment" (ECF Doc. No. 329), in which he repeatedly concludes Defendant's engaging in his perceived inadequate regimen for treatment with local anesthesia demonstrates deliberate indifference under the Eighth Amendment, and for reasons in the accompanying Memorandum, it is **ORDERED** the Plaintiff's "Final Motion for summary judgment" (ECF Doc. No. 329) is **DENIED**.

KEARNEY, J.