IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 18-5112** |
| | : | |
| **CORRECTIONAL DENTAL** | : | |
| **ASSOCIATES,** *et al.* | : | |

# ORDER

**AND NOW**, this 14th day of January 2021, upon considering Plaintiff's final Motion for summary judgment (ECF Doc. No. 337), Defendant's Motion for summary judgment (ECF Doc. No. 342), Responses (ECF Doc. Nos. 341, 364), Defendant's Reply (ECF Doc. No. 367), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for summary judgment (ECF Doc. No. 337) is **DENIED** as there are genuine issues of material fact precluding judgment as a matter of law in his favor; and,

2. Defendant's Motion for summary judgment (ECF Doc. No. 342) is **GRANTED in part** as to the Equal Protection claim but **DENIED** as to deliberate indifference and retaliation claims as there are genuine issues of material fact precluding summary judgment on these two claims.

_____
**KEARNEY, J.**