IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-5112 |
| | : | |
| CORRECTIONAL DENTAL ASSOCIATES, et al. | : | |

## ORDER

AND NOW, this 29th day of June 2021, following today's settlement conference in which the parties came to a resolution of payment in exchanges for general and mutual releases confirmed on the record with the parties' consent, it is **ORDERED**:

1. This action is **DISMISSED with prejudice** under Local Rule of Civil Procedure 41.1(b);[1]

2. We **DENY** the pending Motions *in limine* (ECF Doc. Nos. 415, 417) and vacate all further trial obligations under our June 17, 2021 Order (ECF Doc. No. 423); and,

3. The Clerk of Court shall mark this matter **CLOSED**.

KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).